DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

NATIONAL FRUIT PRODUCT CO. v. JUSTUS

No. 532P93

Case below: 112 N.C.App. 495

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

O'DONNELL v. JOHNSTON

No. 58P94

Case below: 113 N.C.App. 202

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

PENA v. DANNY POUNCEY & CO.

No. 40P94

Case below: 113 N.C.App. 202

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

ROGERS v. HELM

No. 20P94

Case below: 112 N.C.App. 853

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

RUSSELL v. CHAMPION INTERNATIONAL

No. 576P93

Case below: 112 N.C.App. 544

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 March 1994.